THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FANNING, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion to amend remittitur denied. [See 300 N. Y. 593.]